*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# S T A T E   O F   M I C H I G A N

# C O U R T   O F   A P P E A L S

*In re* LAFAVE/PARENT, Minors.

UNPUBLISHED
May 19, 2022

No.   358835
Dickinson Circuit Court
Family Division
LC No.   19-000510-NA

Before:  LETICA, P.J., and MARKEY and O'BRIEN, JJ.

LETICA, P.J. (*concurring*).

I concur in the result.  There was clear and convincing evidence supporting termination on all three statutory grounds, even though such evidence on only one ground is sufficient.  See *In re Pederson*, 331 Mich App 445, 475; 951 NW2d 704 (2020).  The evidence also established that termination was in the children's best interest by a preponderance of the evidence.  Accordingly, the trial court did not clearly err in terminating respondent-father's parental rights. MCL 712A.19b(5) ("If the court finds that there are grounds for termination of parental rights and that termination of parental rights is in the child's best interests, the court shall order termination of parental rights . . . .").

/s/ Anica Letica

-1-